**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID R.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Defendant. | CASE NO. 2:25-cv-07156-FWS-SK<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO REVERSE AND REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

In accordance with 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation (R&R) to Reverse and Remand for Further Administrative Proceedings and any pertinent records as needed. No party filed any timely objections to the R&R. The Court thus accepts the recommendation and orders that the Commissioner's decision be REVERSED and this action REMANDED for further administrative proceedings consistent with the findings and conclusions in the R&R. Judgment in Plaintiff's favor will be entered accordingly.

IT IS SO ORDERED.

DATED: September 23, 2026

____________________________
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE