JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID R.,

Plaintiff,

v.

FRANK BISIGNANO,

Defendant.

CASE NO. 2:25-cv-07156-FWS-SK

**JUDGMENT**

Pursuant to the Court's Order Accepting the filed Report and Recommendation to Reverse and Remand for Further Administrative Proceedings, IT IS ADJUDGED that the Commissioner's decision is reversed and this action is remanded for further administrative proceedings consistent with the Court's Order.

DATED: September 23, 2026

______________________________
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE